# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LAWRENCE LANDRUM, :

        Petitioner,                               Case No. 2:12-cv-859

- vs -                                        District Judge Thomas M. Rose
                                                Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional Institution,

        Respondent. :

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 48), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that the Petition be DISMISSED for lack of jurisdiction.  Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

March 2,  2017                                             *s/Thomas M. Rose
                                                                 Thomas M. Rose
                                                              United States District Judge